PEOPLE ex rel. BEAMER v. DIEHL et al. (Supreme Court, Appellate Division, Fourth

Department. October 2, 1900.) Proceeding by the people of the state of New York, on the relation of Elmer E. Beamer, against Conrad Diehl, as, etc., and others.

PER CURIAM. Order reversed, and new trial ordered, with $10 costs and disbursements to relator. Held, that the conviction and dismissal of the relator were against the weight of evidence.